UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ZAITZEFF, | CASE NO. C18-1376-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to allow for his amended complaint to be heard (Dkt. No. 18). The Court previously ordered Plaintiff to file an amended complaint no later than December 14, 2018. (Dkt. No. 17.) Plaintiff filed an amended complaint prior to that deadline, and no accompanying motion was necessary. (*See* Dkt. No. 18.) Regardless, for purposes of clarification, the Court GRANTS Plaintiff's motion.

DATED this 12th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
